IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA WILSON, as mother and next )
friend of Teniesha Adams, a minor, and )
TENIESHA ADAMS, )
)
    Plaintiffs, )
)
vs. )   Case No. 06-cv-0369-MJR
)
PHYLLIS JACKSON, )
)
    Defendant. )

### ORDER ON PLAINTIFFS' MOTION IN LIMINE

**REAGAN, District Judge:**

The Court Orders as follows:

**Doc. 40:** Plaintiff's Motion in Limine with subparts -

That the Court exclude any and all evidence, references to evidence, testimony or argument relating to the follow matters:

1. That the Estelle Sauget Academic Center had, prior to the date of the occurrences, September 20, 2005, been designated as an alternative school for students with behavior problem is **GRANTED** by agreement of the parties;

2. Any incidents or occurrences involving the minor Plaintiff subsequent to September 20, 2005, is **GRANTED** as to voir dire and opening statement; ruling is reserved as to cross-examination of Plaintiff;

3. The minor Plaintiff's disciplinary or scholastic record prior to September 20, 2005, is **GRANTED** as to voir dire and opening statement; ruling is reserved as to cross-examination of Plaintiff;

4. Any incidents or occurrences involving the minor Plaintiff before September

20, 2005, is **GRANTED** as to voir dire and opening statement; ruling is reserved as to cross-examination of Plaintiff;

      5.      That the minor Plaintiff was suspended in 2006 for allegedly having a knife in her school locker is **GRANTED** by agreement of the parties;

      6.      That Plaintiffs filed a previous lawsuit against the school district and its employees is **GRANTED** as to voir dire and opening statement; ruling is reserved as to cross-examination of Plaintiff;

      7.      An alleged telephone call received by Defendant by an unknown woman claiming that Plaintiffs were "not being honest" in their claim is **GRANTED** by agreement of the parties;

      8.      That the minor Plaintiff was sent to a military-like academy in Rantoul, Illinois, subsequent to the date of the occurrence is **GRANTED** by agreement of the parties; and

      9.      That Plaintiff Wilson was previously arrested without first demonstrating that any arrests resulted in a conviction which complies with Fed.R.Evid. 609 is **GRANTED**.

For docketing purposes, Plaintiff's Motion in Limine (Doc. 40) is **GRANTED IN PART AND DENIED IN PART**, as set forth above.

      **IT IS SO ORDERED.**

      **DATED this 2nd day of July, 2007**

      s/Michael J. Reagan  
      **MICHAEL J. REAGAN**  
      **United States District Judge**